IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JESSE WILSON,

               Petitioner,

    vs.

RYAN S. POST, District Judge District Court
of Lancaster County Lincoln, NE; and MIKE
HILGERS, Attorney general for Nebraska;

               Respondents.

**8:23CV326**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Motion to Withdraw, Filing No. 7, which the Court construes as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41.[1]  Rule 41(a) states that a plaintiff, or in this case a petitioner, may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).  In addition, Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's or petitioner's request "on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  Here, the Court determined Petitioner's original habeas petition was insufficient and directed Petitioner to file an amended petition by December 23, 2025. Filing No. 6.  Petitioner filed his Motion to Withdraw on December 29, 2025, and asks to withdraw his petition as it is not the proper vehicle for the relief he requests and he is attempting to exhaust his lower court remedies.  Filing No. 7.  Accordingly, upon consideration,

---

[1] The Federal Rules of Civil Procedure apply to habeas corpus proceedings "to the extent that the practice in those proceedings: (A) is not specified in a federal statute, the Rules Governing Section 2254 Cases, or the Rules Governing Section 2255 Cases; and (B) has previously conformed to the practice in civil actions." Fed. R. Civ. P. 81(a)(4).

IT IS ORDERED that:

1.    Petitioner's Motion to Withdraw, Filing No. 7, is granted.  This matter is dismissed without prejudice at Petitioner's request.  No certificate of appealability will be issued.

2.    A separate judgment will be entered.


Dated this 4th day of March, 2026.


BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2